BEVERHOUT THOMPSON, Appellant, *v.* ANNIE STANLEY, as Administratrix, etc., and THE HARRIS & DEW FAUCET PLUG AND BUNG COMPANY, Respondents.

Reported below, 73 Hun, 248.
(Argued October 16, 1895; decided November 1, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made November 17, 1893, which affirmed a judgment in favor of defendant dismissing plaintiff's complaint entered upon a decision of the court on trial at Special Term.

*Ladislas Karge* for appellant.

*Frederick Seymour* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.